THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Tyquan Cohen, Appellant.
 
 
 

Appeal From Aiken County
R. Ferrell Cothran, Jr., Circuit Court
Judge

Unpublished Opinion No.   2011-UP-477 
 Submitted October 1, 2011  Filed October
26, 2011

AFFIRMED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia,
 for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Mark R. Farthing, all of Columbia; and
 Solicitor J. Strom Thurmond, Jr., of Aiken, for Respondent.
 
 
 

PER CURIAM:  Tyquan Cohen appeals his sentence of
 fifteen years' imprisonment for first-degree burglary, arguing the circuit
 court erred in ruling it did not have the statutory authority to suspend any
 portion of the sentence.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authority:  State v. Jacobs, Op. No. 27015 (S.C. Sup. Ct.
 filed July 25, 2011) (Shearhouse Adv. Sh. No. 25 at 18) ("[S]ection 24-21-410
 of the South Carolina [C]ode does not give courts the authority to suspend
 sentences for crimes punishable by death or life imprisonment, and this
 includes crimes that include lesser sentences than death or life
 imprisonment.").
AFFIRMED.
FEW, C.J.,
 THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.